AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UMUT UCAR,

     Petitioner,

                **v.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

     Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-445

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 13, 2026, Petitioner's 28 U.S.C. § 2241 petition is

granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing

within seven days and to comply with the immigration judge's conclusions.  This case

stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____
Date   April 14, 2026

John E. Triplett, Clerk of Court
_____
Clerk

_____
*(By) Deputy Clerk*